Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

_____ Division

| | |
|---|---|
| Alfredo G. Ruiz Pagan <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Department of Education of the Government of Puerto Rico <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 18-cv-1622 (PAD) <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No <br><br> RECEIPT # PR400057569 <br> AMOUNT: $400.00 <br> AUG 29 2018 <br> CASHIER'S SIGNATURE |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alfredo G. Ruiz Pagan |
   | Street Address | PO Box 192114 |
   | City and County | San Juan |
   | State and Zip Code | Puerto Rico, 00919-2114 |
   | Telephone Number | 7872317894 |
   | E-mail Address | N/A |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Department of Education of the Government of Puerto Rico
- Job or Title (if known): Honorable Secretary of Education Julia Kelleher
- Street Address: Calle Federico Costa #150
- City and County: Hato Rey
- State and Zip Code: Puerto Rico 00918
- Telephone Number: 7877735800
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Code - Title 20 - Education

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ _____, is incorporated under the laws of the State of *(name)* ___ _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Department of education violated the plaintiff rights when:

1) They did not complete the Plaintiff transition to enter either (20 USC 1400, 20 USC 1401):
   (a)    World of work
   (b)    Move towards an independent life

2) They did not follow the "due process" to Exit the Plaintiff from the Special Education Program, by violating the parents rogts and did not communicate the parent and did not carry out the IEP Team Meetings ( COMPU) to establish the plaintiff status (20 USC 1400-14001).

3) Limited the Plaintiff's access to a to his recods (20 USC 1400, 20 USC 1401)

4) Violated the parent's rights by obstructing the access to the plaintiff records which cause harm to him by not having the documental evidence to defend himself until November 16, 2016. Also halted all the special education program and related services for many years.

5) Did not provide and pay the all Special Education and Related Services granted for three years by the IEP Team on the IEP meeting celebrated by the end of the second semester of the academic year 2012-2013 that would begin in August 2013 and ended three years after in May 2016. (20 USC 1401)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief requested includes the costs for special education that the plaintiff is entitled to and were not provided or reimbursed by the Department of Education of the Government of Puerto Rico. These services were provided in the private school that the plaintiff was elegible and were attending for the academic years of 2014-2015, 2015-2016, 2016-2017, and August 2017 to January 2018. The total amount of $68,480, including special education costs, related services cost ( therapies, transportanton, and other).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/29/2018

Signature of Plaintiff: *Leticia Pagan in representation of Alfredo G. Ruiz Pagan*

Printed Name of Plaintiff: Alfredo G. Ruiz Pagan represented by Leticia Pagan mother) (Pro

### B. For Attorneys

Date of signing: 08/29/2018

Signature of Attorney: *Leticia Pagan*
Printed Name of Attorney: Leticia Pagan
Bar Number:
Name of Law Firm:
Street Address: PO Box 192114
State and Zip Code: San Juan, PR 00919 2114
Telephone Number: (787) 231-7894
E-mail Address: leticiapagan@aol.com